UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   1:20-MJ-2615-BECERRA

**UNITED STATES OF AMERICA**

vs.

**GUILLERMO EDUARDO RAMIREZ-PEYRO,**
     a/k/a "Lalo,"

     **Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ____Yes  _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  __Yes  _x_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:  _____
Frederic C. Shadley
Assistant United States Attorney
Court ID No. A5502298
11200 N.W. 20th Street
Miami, Florida 33172
(305) 715-7649
(305) 715-7639 (fax)
Frederic.Shadley@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:20-MJ-2615-BECERRA |
| Guillermo Eduardo Ramirez-Peyro, a/k/a "Lalo," | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 17, 2020__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute Five Kilograms or More of Cocaine |
| 21 U.S.C. § 841(b)(1)(A) | |
| 21 U.S.C. § 846 | Attempted Possession with Intent to Distribute Five Kilograms or more of Cocaine |
| 21 U.S.C. § 841(b)(1)(A) | |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Steve Catherman, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __4.18.2020__

*Judge's signature*

## **AFFIDAVIT**

I, Steven Catherman, being duly sworn, hereby depose and state the following:

1.　　I am currently assigned as a Special Agent with the Federal Bureau of Investigation (FBI) in Miami, Florida and have worked in this capacity since May, 2016. Prior to becoming an FBI Agent, I worked as a police Officer with the Tullytown Borough Police Department and the Abington Township Police Department from 2006-2016. I have worked in law enforcement for a total of 14 years. My official FBI duties include investigating criminal violations of federal narcotics laws. I have also been involved in various types of visual and electronic surveillances, and I have been involved in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking.  I am familiar with the ways in which drug traffickers conduct their business, including but not limited to their methods of importing and distributing narcotics.   As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 21 and 46 of the United States Code.

2.　　This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint against GUILLERMO EDUARDO RAMIREZ-PEYRO, a/k/a "Lalo," for: (1) Conspiracy to Possess with Intent to Distribute Five Kilograms or more of Cocaine, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A); and (2) Attempted Possession with Intent to Distribute Five Kilograms or more of Cocaine, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

3.　　On or about March 23, 2020, GUILLERMO EDUARDO RAMIREZ-PEYRO

(RAMIREZ-PEYRO) arranged to meet with an FBI Miami Confidential Source (CS) in the area of La Carreta, 14791 Miramar Parkway, Miramar, Florida 33027.  During the meeting, RAMIREZ-PEYRO discussed purchasing multiple kilograms of cocaine from the CS. RAMIREZ-PEYRO indicated he wished to purchase five kilograms of cocaine from the CS for approximately $120,000.00.  That meeting was audio and video recorded.  RAMIREZ-PEYRO subsequently made a down-payment of $13,500.00 to the CS for the future cocaine purchase.

4. On or about March 24, 2020, RAMIREZ-PEYRO and an additional co-conspirator met the CS again the area of La Carreta, 14791 Miramar Parkway, Miramar, Florida 33027. During the meeting, RAMIREZ-PEYRO and the co-conspirator provided the CS with an additional $6,500.00 down payment for the future cocaine purchase. That meeting was recorded with audio and video.

5. On or about April 16, 2020, RAMIREZ-PEYRO and the CS met in the area of the Dunkin Donuts, 14305 Miramar Parkway, Miramar, Florida 33027. During the meeting, the CS and RAMIREZ-PEYRO discussed the specifics of the cocaine transaction that they scheduled to occur the following day. That meeting was audio and video recorded.

6. On or about April 17, 2020, RAMIREZ-PEYRO, a co-conspirator "Pollo," and the CS met in the area of Dunkin Donuts, 14305 Miramar Parkway, Miramar, Florida 33027. During the meeting, RAMIREZ-PEYRO indicated he needed to pick up the money for the cocaine in the area of Hialeah, Florida.  RAMIREZ-PEYRO showed the CS a photograph of the address on his telephone, 7535 West 34th Lane, Hialeah, Florida 33018.  RAMIREZ-PEYRO indicated he would call the CS when RAMIREZ-PEYRO had the money for the cocaine.  That meeting was audio and video recorded.

7. Surveillance was maintained on RAMIREZ-PEYRO and Pollo as they drove to the Residence. Surveillance units observed RAMIREZ-PEYRO and Pollo enter the above residence and RAMIREZ-PEYRO exited a short time later. Pollo remained in the Residence. After RAMIREZ-PEYRO exited the residence, surveillance was maintained on the above address.

8. RAMIREZ-PEYRO called the CS and indicated he had the money. The CS sent RAMIREZ-PEYRO the address for the Hilton Garden Inn, 14501 Hotel Road, Miramar, Florida 33027. Surveillance was maintained on RAMIREZ-PEYRO as he arrived at the above address. RAMIREZ-PEYRO exited the vehicle and met with the CS. RAMIREZ-PEYRO requested that the CS accompany him to the trunk of the vehicle. RAMIREZ-PEYRO opened the trunk of the vehicle and showed the CS a bag containing United States Currency.

9. Following the above, the CS told RAMIREZ-PEYRO the cocaine was located at La Carreta, 14791 Miramar Parkway, Miramar, Florida 33027. As RAMIREZ-PEYRO was driving to the above area, he was stopped by Miramar Police Department. Miramar Police Department subsequently recovered $50,000.00 from the car. That was the same money RAMIREZ-PEYRO had shown to the CS, and that RAMIREZ-PEYRO intended to use to purchase the five kilograms of cocaine from the CS. A K-9 sniff test was conducted on the money, and the K-9 gave a positive indication for the presence of narcotics.

10. Based on the foregoing facts, I submit that probable cause exists to believe that GUILLERO EDUARDO RAMIREZ-PEYRO did commit the following federal crimes: (1) Conspiracy to Possess with Intent to Distribute Five Kilograms or more of Cocaine, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A); and (2) Attempted Possession with Intent to Distribute Five Kilograms or more of Cocaine, in violation of Title 21, United States

Code, Sections 846 and 841(b)(1)(A).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**.

_____  4-18-20
Steven Catherman
Special Agent
Federal Bureau of Investigation

Attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by Telephone

this 18 day of April, 2020
in Miami, Florida.

_____
The Honorable Jacqueline Becerra
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 1:20-MJ-2615-BECERRA

## BOND RECOMMENDATION

DEFENDANT: _____

_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
**AUSA:**

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)